UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

    -against-

TYQUEZ HARRELL,
             Defendant.
------------------------------------------------------------X

13 CR. 416 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, July 18, 2022 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 4164

Dated: July 14, 2022
       New York, NY

                                                  RICHARD M. BERMAN
                                                        U.S.D.J.