**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                                13 CR. 416 (RMB)

          -against-
                                                                **ORDER**

TYQUEZ HARRELL,
                          Defendant.
-------------------------------------------------------------X


          The supervised release hearing previously scheduled for Monday, July 18, 2022 at 11:00

AM is hereby rescheduled to Tuesday, July 19, 2022 at 10:00 AM.

          In light of the continuing COVID-19 pandemic, the proceeding is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

          Participants, members of the public and the press can use the following dial-in

information:

          USA Toll-Free Number: (877) 336-1829
          Access Code: 6265989
          Security Code: 4164


Dated: July 18, 2022
          New York, NY


                                                    _Richard M. Berman_
                                          _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.