UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

TYQUEZ HARRELL,
                Defendant.
------------------------------------------------------------X

13 CR. 416 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, August 3, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 4164

Dated: July 28, 2022
       New York, NY

                                                  RICHARD M. BERMAN
                                                      U.S.D.J.