UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

         13 CR. 416 (RMB)

  -against-

**ORDER**

TYQUEZ HARRELL,
                Defendant.
------------------------------------------------------------X

The supervised release hearing previously scheduled for Friday, September 2, 2022 at 9:00 AM is hereby rescheduled to Monday, October 17, 2022 at 10:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    Dial in Number: (646) 453-4442
    Conference ID: 434 881 357#

Dated: October 11, 2022
       New York, NY

                                          RICHARD M. BERMAN
                                              U.S.D.J.