**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          13 CR. 416 (RMB)

   -against-

                                                          **ORDER**

TYQUEZ HARRELL,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Monday, November 28, 2022 at 10:30 AM is hereby rescheduled to 10:00 AM on the same date.

      The proceeding is being held by video. Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-In Number: (646) 453-4442
      Conference ID: 434 881 357#

Dated: November 18, 2022
       New York, NY

                                                                         _____
                                                                         RICHARD M. BERMAN
                                                                              U.S.D.J.