

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Tyquez Harrell*, 13 Cr. 416 (RMB)

Dear Judge Berman:

    The Government respectfully submits this update letter and adjournment request regarding the above-captioned violation of supervised release proceedings in advance of the November 28, 2022 status conference.

    As the Court is aware, defendant Tyquez Harrell has absconded from supervision. This Court has issued a warrant for the defendant's arrest, which has been referred to the United States Marshals Service. The defendant failed to appear at the last status conference in this matter on October 17, at which time both the Probation Office and defense counsel reported that the defendant had cut off contact with them. The Court scheduled another status conference for November 28, in the hope that the defendant would have reestablished contact or been apprehended by then.

    To date, the defendant has not been apprehended by law enforcement. The undersigned has spoken with S.D.N.Y. Probation Officer Noah Joseph, E.D.N.Y. Probation Officer Ivette Farfan, and defense counsel John Burke, all of whom report that they have had no contact with the defendant since before the last status conference. The Government has regretfully concluded that the defendant has deliberately absconded from supervision and is a fugitive. All parties expect that the defendant will not appear on November 28, as his fugitivity has prevented the parties from being able to inform him of the conference.

    Accordingly, all parties jointly respectfully request that the Court adjourn the November 28 status conference *sine die* pending the defendant's apprehension by law enforcement or

voluntarily reestablishing contact with counsel or the Probation Office. The Government will immediately inform the Court should any of those eventualities occur so that the matter can be restored to the Court's calendar.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc: John Burke, Esq.
Probation Officer Noah Joseph
Probation Office Ivette Farfan

Application granted. November 28, 2022 conference date vacated.

SO ORDERED:
Date: 11/22/22
Richard M. Berman, U.S.D.J.