U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/23

January 31, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Tyquez Harrell*, 13 Cr. 416 (RMB)

Dear Judge Berman:

The Government respectfully submits this update letter to advise the Court that defendant Tyquez Harrell is expected to arrive in this District later this week after his January 11, 2023 arrest in another District on the supervised release violation warrant issued by this Court. After discussing scheduling with Your Honor's chambers, the parties understand that there are no dates next week for a status conference that work for all parties. Accordingly, the parties respectfully request that the Court schedule this matter for an in-person status conference for the week of February 13 at a date and time that is convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:  John Burke, Esq.
     Probation Officer Noah Joseph
     Probation Office Ivette Farfan

The Court will hold a supervised release hearing in Courtroom 17B on 2/15/23 at 2:30 p.m.

SO ORDERED:
Date: 1/31/23

Richard M. Berman
Richard M. Berman, U.S.D.J.