**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 13 CR. 416 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| TYQUEZ HARRELL, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, March 21, 2023 at 10:00 A.M. is hereby rescheduled to Wednesday, April 5, 2023 at 11:00 A.M.

The proceeding will be held in Courtroom 17B.

Dated: March 1, 2023
    New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.