**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,       :      13 CR. 416 (RMB)
                                         :
      - against -                       :      **ORDER**
                                         :
TYQUEZ HARRELL,                          :
                                         :
                      Defendant.        :
------------------------------------------------------------x

The hearing scheduled for Tuesday, April 18, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: April 12, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.