**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-                                        13 **CR.** 416 (RMB)

TYQUEZ HARRELL,

Defendant.
-------------------------------------------------------------X

For the reasons stated on the record today,

IT IS HEREBY ORDERED that the above captioned defendant, Tyquez Harrell, Reg.

No. 68299-054, currently incarcerated at Essex, be released from BOP custody to the care and

custody of Brooklyn RRC upon the availability of bed space at the Brooklyn RRC.

IT IS HEREBY FURTHER ORDERED that BOP conduct a COVID test of the defendant

upon notification of the bed space at the Brooklyn RRC.

The defendant shall reside in a residential reentry center for 90 days as approved by the

Probation Department, or until he secures housing, whichever event should occur first.  He shall

abide by all rules and regulations of the RRC, but will not be required to pay subsistence fees to

the facility.

Dated: New York, New York
        April 18, 2023

RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/23