**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/23
```

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Tyquez Harrell*, 13 Cr. 416 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter to request that the upcoming July 19, 2023 status conference in the above-captioned violation of supervised release proceeding be adjourned *sine die*. As the Court is aware, defendant Tyquez Harrell is currently a fugitive after absconding from the residential reentry center where he had been residing. Neither the Probation Office nor defense counsel have had any contact with the defendant since he absconded in May 2023, and no party expects the defendant to appear. The Government will promptly notify the Court once the defendant is re-apprehended so that the matter can be restored to the Court's calendar. Defense counsel joins in this adjournment request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

*Application granted on consent.*

cc:   John Burke, Esq.
      Probation Officer Noah Joseph, S.D.N.Y.
      Probation Officer Ivette Farfan, E.D.N.Y.

SO ORDERED:
Date: 7/12/23          Richard M. Berman
                       Richard M. Berman, U.S.D.J.