**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 13 CR. 416 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| TYQUEZ HARRELL, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The vosr hearing scheduled for Wednesday, September 13, 2023 at 2:00 P.M. will take place in Courtroom 17B.

Dated: September 6, 2023
      New York, NY

_Richard M. Berman_
RICHARD M. BERMAN
U.S.D.J.