**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 13 CR. 416 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| TYQUEZ HARRELL, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The vosr hearing previously scheduled for Wednesday, September 13, 2023 at 2:00 P.M. is hereby rescheduled to 12:00 P.M on the same date.

The proceeding will be held in Courtroom 17B.

Dated: September 11, 2023
     New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.