UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                           **ORDER**

      -against-                         13 **CR.** 416 (RMB)

TYQUEZ HARRELL,

                Defendant.
------------------------------------------------------------X

For the reasons stated on the record today, the Defendant is hereby released.

Defendant shall attend court appearances in Harrison on 9/26/23; Mount Pleasant on 9/28/23; and SDNY, Courtroom 17 B on 10/5/23 at 9:00 am.

Dated: New York, New York
       September 13, 2023

_____
RICHARD M. BERMAN, U.S.D.J.

