**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                 Government, :     13 CR. 416 (RMB)
:
    - against - :     **ORDER**
:
TYQUEZ HARRELL, :
:
                 Defendant. :
---------------------------------------------------------------x

The supervised release hearing scheduled for Thursday, October 5, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: September 28, 2023
       New York, NY

                                         RICHARD M. BERMAN
                                             U.S.D.J.