U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/23

Re:   *United States v. Tyquez Harrell*, 13 Cr. 416 (RMB)

Dear Judge Berman:

Earlier today, the Probation Office informed the Government that the woman with whom defendant Tyquez Harrell has been staying has formally requested that the defendant no longer live with her. According to her complaint to the Probation Office, the defendant has stolen money from her. He is also refusing to return the housekeys she gave him; when she locked him out of the apartment, he tried to climb into the home through a window. She has also mentioned several other complaints. She reports that she is in the process of having the locks on her home changed.

Given this untenable situation and the unfairness of forcing an unwilling third party to continue to house the defendant for the next two weeks until the next scheduled conference on October 31, the Government respectfully requests that the Court schedule an immediate conference as soon as can be accommodated this week. The Government can be available at any time this week.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   John Burke, Esq.
       Probation Officer Noah Joseph, S.D.N.Y.

*Remote hearing is scheduled for 10/19/23 at 12:30 pm.*

SO ORDERED:
Date: 10/18/23   Richard M. Berman
                 Richard M. Berman, U.S.D.J.