**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                Government,     :     13 CR. 416 (RMB)
                                    :
   - against -                     :     **ORDER**
                                    :
TYQUEZ HARRELL,                     :
                                    :
                Defendant.      :
------------------------------------------------------------x

The vosr hearing scheduled for Wednesday, October 25, 2023 at 2:30 P.M. will take place in Courtroom 17B.

Dated: October 23, 2023
       New York, NY

                                                    _____
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.