UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                **ORDER**

       -against-                              13 Cr 416

TYQUEZ HARRELL,

               Defendant.
-----------------------------------------------------------X

       Defendant's conditions of supervised release are modified to include placement in the Bronx Residential Reentry Center ("RRC"). Probation and the Government are respectfully requested **forthwith** to arrange for placement of the Defendant at the Bronx RRC and to transfer the Defendant immediately upon the availability of the placement.

       Probation and the Government shall notify BOP and the Marshal's office when the placement is available and the Defendant shall released to the care and custody of the Bronx RRC at that time. Special conditions of supervision are continued.

Dated: New York, New York
       November 1, 2023



                            RICHARD M. BERMAN, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/23