**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :       13 CR. 416 (RMB)
                                         :
   - against -                           :       **ORDER**
                                         :
                                         :
TYQUEZ HARRELL,                          :
                                         :
                Defendant.      :
------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, November 7, 2023 at 3:00 P.M. will take place in Courtroom 17B.

Dated: November 1, 2023
       New York, NY

                                                                  RICHARD M. BERMAN
                                                                   U.S.D.J.