UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                **ORDER**

        -against-                                                       13 **CR.** 416 (RMB)

TYQUEZ HARRELL,

                              Defendant.
-------------------------------------------------------------X

      Defendant's conditions of supervised release are modified to include placement in the Bronx Residential Reentry Center ("RRC") for a period of six months. Probation and the Government are respectfully requested forthwith to arrange for placement of the Defendant at the Bronx RRC and to transfer the Defendant immediately upon the availability of placement, which the Court understands to be November 9, 2023.

      Probation and the Government shall notify BOP and the Marshal's office when the placement is available and the Defendant shall be released to the care and custody of Probation for placement in the Bronx RRC at that time. Special conditions of supervision are continued.

      Defendant shall appear for a supervised release hearing in Courtroom 17B, 500 Pearl Street, New York, New York 10007 on December 20, 2023 at 10:00 am.

Dated: New York, New York
           November 7, 2023

                                                              _Richard M. Berman_
                                                      **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/23