**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                Government,   :   13 CR. 416 (RMB)
                                                :
     - against -                              :   **ORDER**
                                                :
                                                :
TYQUEZ HARRELL,                                 :
                                                :
                Defendant.    :
-----------------------------------------------------------------x

      The supervised release hearing scheduled for Wednesday, January 24, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: January 17, 2024
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.