**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,             :
                                       :
              Government,       :       13 CR. 416 (RMB)
                                       :
  - against -                          :       **ORDER**
                                       :
                                       :
TYQUEZ HARRELL,                        :
                                       :
              Defendant.        :
------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, February 20, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: February 14, 2024
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.