**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,       :       13 CR. 416 (RMB)
                                         :
    - against -                       :       **ORDER**
                                         :
                                         :
TYQUEZ HARRELL,                          :
                                         :
                Defendant.        :
---------------------------------------------------------------x

        The supervised release hearing scheduled for Tuesday, March 26, 2024 at 2:15 P.M. will take place in Courtroom 17B.


Dated: March 18, 2024
       New York, NY

                                                       RICHARD M. BERMAN
                                                           U.S.D.J.