UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | 13 Cr. 416 (RMB) |
| TYQUEZ HARRELL, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Court's prior order, dated February 21, 2024, requesting transfer of supervised release jurisdiction of the above-captioned case to the United States District Court for the Northern District of Florida, (Dkt. 269), is WITHDRAWN. Jurisdiction over this matter shall remain with this Court.

SO ORDERED.

Dated: New York, New York
       May 8, 2024

RMB
_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/24