UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                   Government,     :        13 CR. 416 (RMB)
                                                   :
      - against -                                 :        **ORDER**
                                                   :
TYQUEZ HARRELL,                                    :
                   Defendant.      :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Monday, June 24, 2024 at 12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 361 298 743#

Dated: June 18, 2024
       New York, NY

                                                            _____
                                                       **RICHARD M. BERMAN**
                                                           **U.S.D.J.**