**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> -against- <br><br> TYQUEZ HARRELL, <br><br> Defendant. | 13-CR-416 (RMB) <br><br> **ORDER** |

The supervised release hearing scheduled for Tuesday, September 17, 2024 at 12:00 PM will take place in Courtroom 17B.

Date: September 11, 2024
New York, New York

*Richard M. Berman*
**RICHARD M. BERMAN, U.S.D.J.**