**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,             13 CR. 416 (RMB)

    - against -                    **ORDER**

TYQUEZ HARRELL,

                Defendant.
-------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, October 29, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: October 23, 2024
       New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.