**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 13-CR-416 (RMB) |
| -against- | **ORDER** |
| TYQUEZ HARRELL, | |
| Defendant. | |

The Court requested that the parties' plan the "next steps" for Mr. Harrell. (*See* Hr'g Tr., dated Sept. 17, 2024, at 27:7.) Please submit the plan by noon on Monday, October 28, 2024.

Date: October 25, 2024
New York, New York

**RICHARD M. BERMAN, U.S.D.J.**