**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 13 CR. 416 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| TYQUEZ HARRELL, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The sentence scheduled for Tuesday, December 3, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: November 20, 2024
New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.