**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,       :    13 CR. 416 (RMB)
                                           :
    - against -                             :    **ORDER**
                                           :
                                           :
TYQUEZ HARRELL,                            :
                                           :
                Defendant.        :
-------------------------------------------------------------x

        The sentence scheduled for Tuesday, December 10, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: December 4, 2024
       New York, NY

                                          _____
                                          RICHARD M. BERMAN
                                               U.S.D.J.