UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                **ORDER**

        -against-                              13 **CR.** 416  (RMB)

TYQUEZ HARRELL,

                      Defendant.
------------------------------------------------------------X

       For the reasons stated on the record today, the Defendant is sentenced to time served plus seven (7) days.

Dated: New York, New York
       December 10, 2024

                                              **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/24